# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>John Franklin Tyler</u>                    Docket No. <u>3:11CR00079-001</u>

### Addendum to
### Petition on Supervised Release

On April 4, 2023, a Petition on Supervised Release (ECF No. 28) was filed with the Court. The Petition cited the following violation of the defendant's terms and conditions of supervised release: Condition 7: Use of Drugs: Marijuana, Cocaine and Fentanyl, when the Petition should have read "*Condition 7: Use of Drugs: Cocaine.*"

### ORDER OF COURT

Considered and ordered this  **5th**  day of  **April**  , 2023, and ordered filed and made a part of the records in the above case.

_____  /s/
The Honorable Henry E. Hudson
Senior U.S. District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   David S Simon      Digitally signed by David S Simon
                                  Date: 2023.04.05 09:32:41 -04'00'
_____
David S. Simon
Senior United States Probation Officer

Place: <u>Richmond, Virginia</u>

DSS
c: SUSPO Locket-Ross